UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOLANDA VAZQUEZ, on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) |
| | ) Case No. 16-cv-08183 |
| Plaintiff, | ) ) Judge Shadur |
| v. | ) ) ) |
| AKSHAR MURTI HOSPITALITY, INC. d/b/a BAYMONT INN & SUITES, NEHAL PATEL, individually, and VIDYUT PATEL, individually | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Yolanda Vazquez, by her attorneys, Werman Salas P.C., hereby voluntarily dismiss this lawsuit, in its entirety, *with prejudice* and without costs to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: October 31, 2016

s/Maureen A. Salas
Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
Sarah J. Arendt – sarendt@flsalaw.com
Zachary C. Flowerree – zflowerree@flsalaw.com
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, Il 60602
312-419-1008

Attorneys for Plaintiff